```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
OHIO IMAGING ASSOCIATES, INC.,                               :
                                                             :
                              Plaintiff,                     :   Case No. 1:19-cv-02496-JPC
                                                             :
      vs.                                                    :
                                                             :
RADIOLOGY PARTNERS, INC., COLUMBUS                           :
RADIOLOGY CORP., RADIOLOGY                                   :
ASSOCIATES OF CANTON, INC., and                              :
RADIOLOGY ASSOCIATES OF S.E.O., LLC,                         :
                                                             :
                              Defendants.                    :
------------------------------------------------------------- x

### [PROPOSED] ORDER ON JOINT STIPULATION FOR ENTRY OF *NISI* ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the joint stipulation of Plaintiff Ohio Imaging Associates, Inc. and Defendants Radiology Partners, Inc., Columbus Radiology Corp., Radiology Associates of Canton, Inc., and Radiology Associates of S.E.O., LLC (collectively, the "Parties"), and with good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1.  The Parties have entered into a confidential settlement agreement (the "Agreement") to resolve the above-captioned case.

2.  Dismissal of the case per the Agreement is conditioned upon the Parties' full and timely compliance with the terms of the Agreement on or before December 15, 2020 (the "Compliance Date").

2

      3.      The Court hereby orders that the case will be dismissed with prejudice, with all costs and fees to be incurred by the respective party incurring them, on December 29, 2020 (14 days following the Compliance Date) (the "Dismissal Date") unless any party moves to withdraw this *Nisi* Order on or before the Dismissal Date.

**SO ORDERED**, this 4 day of December, 2020.

                                          **HON. JOHN P. CRONAN**
                                          **UNITED STATES DISTRICT JUDGE**